```
FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR2903-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1326(a) and (b) – Deported Alien Found in the United States (Felony) |
| CESAR LARA-MARTINEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about September 22, 2007, within the Southern District of California, defendant CESAR LARA-MARTINEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//
//

DDL:es:San Diego
10/01/2007

It is further alleged that defendant CESAR LARA-MARTINEZ was removed from the United States subsequent to May 3, 2002.

DATED: 10/17/07

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney