| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | REES F. MORGAN |
| | Assistant United States Attorney |
| 3 | California Bar Number 229899 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7847 |
| | Facsimile:  (619) 557-5551 |
| 6 | Email: rees.morgan@usdoj.gov |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-2903-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| CESAR LARA-MARTINEZ, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Please call me at the above-listed number if you have any questions about this notice.

DATED: August 18, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Rees F. Morgan

REES F. MORGAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-2903-JLS |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| CESAR LARA-MARTINEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Rees F. Morgan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 18, 2008, and this Certificate of Service, dated August 18, 2008, on the following party by mailing a copy to the below address via U.S. Mail.

**Cesar Lara-Martinez**
**P.O. Box 3001**
**California City, CA 93504**
**51329-198**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2008.

       /s/ Rees F. Morgan
       REES F. MORGAN
       Assistant United States Attorney